■ Elizabeth Pressman-Neubardt et al., Respondents, v Robert L. Pressman, Appellant. [718 NYS2d 255] —Order, Supreme Court, New York County (Barry Cozier, J.), entered June 7, 2000, unanimously affirmed for the reasons stated by Cozier, J., without costs or disbursements. No opinion. Concur—Nardelli, J. P., Tom, Mazzarelli, Ellerin and Rubin, JJ.